UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAEWEATHERS MARSHALL,

    Plaintiff,

  v.

J. HAMMAD, et al.,

    Defendants.

Case No. 17-cv-03329-SI

**JUDGMENT**

This action is dismissed as frivolous because it repeats the allegations made by plaintiff in another earlier-filed action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 19, 2017

SUSAN ILLSTON
United States District Judge